

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 11:23:32 AM
CHRISTOPHER A. PRINE
Clerk

# John D. Kinard

**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

March 04, 2015

First Court of Appeals
Christopher A. Prine, Clerk of Court
301 Fannin 2nd floor
Houston, TX 77002-2066

## CORRECTED NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 14-CV-0246,** Styled **Jimmy Brill Cox, Trustee of the Jimmy Brill Cox Trust vs. Rosenda Englis Cox, Et Al-** Filed in **122nd District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case. This case is assigned to the **1st** Court of Appeals, Houston, Texas.

Please note the following information:
Date of Appealable Order or Judgment: None
Notice of Appeal: 3/3/15
Motion for New Trial filed: None
Request for Finding of Facts and Conclusions of Law filed: None
Trial Judge: Michelle Slaughter (405th CRT)
Trial Judge: John Ellisor – (Case Assigned to 122nd CRT per Order of 2/25/2015)
Court Reporter: Cylena Korkmas (405th CRT)
Court Reporter: Judy Hansen (122nd CRT)

**Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record.** Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this assignment letter is being mailed to all counsel of record. Please file mark the additional copy of this letter and return the same to my office.

Sincerely,

**John D. Kinard**
 **District Clerk**
**Galveston County, Texas**

By: /s/   Shailja Dixit**,** Deputy

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

Copy sent to

Wilfried P. Schmitz
Attorney for Wilfried P. Schmitz & Associates P.C.
17040 El Camino Real, Ste. 400
Houston, TX  77058-0000

Marybeth M. Nelson
Attorney for Jimmy Brill Cox
830 Apollo
Houston, TX  77058

Cylena Korkmas, 405th Court Reporter
Hand-Delivered

Filed: 3/3/2015 4:16:18 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 4356798
By: Shailja Dixit
3/4/2015 7:58:06 AM

NO. 14CV0246

| | | |
|---|---|---|
| **JIMMY BRILL COX, TRUSTEE** | § | **IN THE DISTRICT COURT FOR** |
| **OF THE JIMMY BRILL COX** | § | |
| **TRUST** | § | |
| | § | |
| **vs.** | § | **GALVESTON COUNTY, TEXAS** |
| | § | |
| **ROSENDA ENGLIS COX AND** | § | |
| **WILFRIED P. SCHMITZ &** | § | |
| **ASSOCIATES, P.C.** | § | **405ᵀᴴ JUDICIAL DISTRICT** |

### DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE:

Defendant, Wilfried P. Schmitz & Associates, P.C. ("Defendant") files this *Notice of Appeal* and respectfully would show the Court as follows:

### I.

The case is pending in the 405th Judicial District Court of Galveston County, Texas as Cause No. 14-CV-0246, and is styled *Jimmy Brill Cox, Trustee of the Jimmy Brill Cox Trust vs. Rosenda Englis Cox and Wilfried P. Schmitz & Associates, P.C.*

### II.

This appeal involves Chapter 27 of the Texas Civil Practice & Remedies Code, which is known as the Citizens Participation Act, and which became effective on June 17, 2011. Specifically, Defendant appeals the trial court's failure

to rule on their *Motion to Dismiss* under Chapter 27 within the time prescribed by Section 27.005. Due to the trial court's failure to rule, Defendant's *Motion to Dismiss* under Chapter 27 is considered to have been denied by operation of law. This appeal is taken in accordance with Tex. Civ. Prac. & Rem. Code §27.008 and Tex. R. App. P. 28.1.

III.

Defendant desires to appeal.

IV.

The appeal is taken to the First or Fourteenth District Court of Appeals in Houston, Texas.

V.

Defendant is the party filing this notice.

VI.

An appellate court should expedite the appeal in this matter. Tex. Civ. Prac. & Rem. Code § 27.008(b)

WHERFORE, PREMISES CONSIDERED, Defendant Wilfried P. Schmitz & Associates, P.C. files this *Notice of Appeal*, thus perfecting an appeal of the trial court's Order.

Respectfully submitted,

WILFRIED P. SCHMITZ &
ASSOCIATES, P.C.


BY: ___/s/ Wilfried Schmitz___

    Wilfried P. Schmitz
Texas Bar No. 17778700
17040 El Camino Real, Suite 400
Houston, Texas  77058
Phone:  (281) 486-5066
Email:  Court_documents@schmitzlaw.com
Attorneys for Defendant, Wilfried P.
Schmitz & Associates, P.C.

## Certificate of Service

This is to certify a true and correct copy of *Defendant's Notice of Appeal* was forwarded to all parties and/or counsel of record on this 3rd day of March, 2015, pursuant to Texas Rules of Civil and Appellate Procedure, via hand delivery, certified mail, return receipt requested and/or electronic mail to the following:

Marybeth M. Nelson
830 Apollo
Houston, Texas  77058
Email:  marybethnelson@yahoo.com
Attorney for Jimmy Brill Cox, Trustee of the Jimmy Brill Cox Trust

Dan Krieger
Law Office of Dan Krieger
215 E. Galveston Street
League City, Texas 77573
*Email:  dan@kriegerlawfirm.com*
Attorney for Rosenda Englis Cox

Gregory P. Crinion
Crinion Davis & Richardson, LLP
17040 El Camino Real, Suite 200
Houston, Texas  77058
*Email:  gcrinion@cdrlegal.com*
Attorney for Wilfried P. Schmitz & Associates, P.C.

/s/ Wilfried Schmitz
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Wilfried P. Schmitz